**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

EUGENE JONES,

                Plaintiff,

       v.                                              9:12-cv-0447
                                                            (NAM/TWD)

ROCK, Superintendent, Upstate Correctional Facility;
J. MARIENELLI, MHU Counselor, Upstate Correctional
Facility; JOHN DOE #3, Mental Health Doctor, Upstate
Correctional Facility; MICHAEL HOGAN, Mental
Health Commissioner; J. HEALY, C.O., Upstate
Correctional Facility; JOHN DOE #2, C.O., Upstate
Correctional Facility; JOHN DOE #3, C.O., Upstate
Correctional Facility; LAVEEN, C.O., Upstate Correctional
Facility; DWYER, C.O., Upstate Correctional Facility;
JOHN DOE #4, Lt., Upstate Correctional Facility;
S. SANTAMORE, Sgt., Upstate Correctional Facility;
BURGESS, C.O., Upstate Correctional Facility; JOHN
DOE #5, C.O., Upstate Correctional Facility; JOHN DOE
#6, C.O., Upstate Correctional Facility; JERRY MILLER,
Dental Doctor, Upstate Correctional Facility,

                Defendants.
_____

**APPEARANCES:**                            **OF COUNSEL:**

EUGENE JONES
95-B-1881
Elmira Correctional Facility
P.O. Box 500
Elmira, New York 14902
Plaintiff *pro se*

HON. ERIC T. SCHNEIDERMAN          COLLEEN GALLIGAN, ESQ
Attorney General of the State of New York    Assistant Attorney General
The Capitol
Albany, New York 12224
Counsel for Defendant

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed on the 14th day of August 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: September 6, 2013
Syracuse, New York

*Norman A. Mordue*
Norman A. Mordue
Senior U.S. District Judge