**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

EUGENE JONES,

                            Plaintiff,

                v.                                      9:12-cv-0447
                                                              (NAM/TWD)

ROCK, Superintendent, Upstate Correctional Facility;
J. MARIENELLI, MHU Counselor, Upstate Correctional
Facility; JOHN DOE #3, Mental Health Doctor, Upstate
Correctional Facility; MICHAEL HOGAN, Mental
Health Commissioner; J. HEALY, C.O., Upstate
Correctional Facility; JOHN DOE #2, C.O., Upstate
Correctional Facility; JOHN DOE #3, C.O., Upstate
Correctional Facility; LAVEEN, C.O., Upstate Correctional
Facility; DWYER, C.O., Upstate Correctional Facility;
JOHN DOE #4, Lt., Upstate Correctional Facility;
S. SANTAMORE, Sgt., Upstate Correctional Facility;
BURGESS, C.O., Upstate Correctional Facility; JOHN
DOE #5, C.O., Upstate Correctional Facility; JOHN DOE
#6, C.O., Upstate Correctional Facility; JERRY MILLER,
Dental Doctor, Upstate Correctional Facility,

                            Defendants.
_____

**APPEARANCES:**                           **OF COUNSEL:**

EUGENE JONES
95-B-1881
Clinton Correctional Facility
P.O. Box 2002
Dannemora, NY 12929
Plaintiff *pro se*

HON. ERIC T. SCHNEIDERMAN          COLLEEN GALLIGAN, ESQ
Attorney General of the State of New York    Assistant Attorney General
The Capitol
Albany, New York 12224
Counsel for Defendants

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

**ORDER**

The above matter comes to me following a Report-Recommendation by Magistrate Judge Thérèse Wiley Dancks, duly filed on the 31st day of January 2015. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion for summary judgment (Dkt. No. 46) is granted in its entirety.

3. The plaintiff's claims against John Doe defendants #1-6 are dismissed without prejudice from this action due to plaintiff's failure to prosecute.

4. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: February 24, 2015
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge